# United States Court of Appeals
## For the First Circuit

Nos. 10-1305, 10-2432

THE CAPABILITY GROUP, INC.,

Plaintiff, Appellant,

v.

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

Defendant, Appellee.

ERRATA

The opinion of this court, issued on September 9, 2011, should be amended as follows.

On page 2, line 4 of 3rd paragraph, replace "Sigma Six" with "Six Sigma".